PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

Western District of Texas

### Report on Offender Under Supervision

Name of Offender: Jacob Christian Weintraut        Case Number: AU:16:CR-00012(1)-SS

Name of Sentencing Judicial Officer: Honorable San Sparks, United States District Judge

Date of Original Sentence: May 27, 2016

Original Offense: Count 1s: Possession of a Firearm by Person Subject to Domestic Violence Protective Order, in violation of 18 U.S.C. § 922(g)(8).

Original Sentence: Sentenced to sixty (60) months custody in the U.S. Bureau of Prisons to be followed with a three (3) year term of supervised release. Special conditions imposed include participate in mental health treatment, participate in substance abuse treatment, alcohol abstinence, take all medication as directed by doctor/psychiatrist, search and seizure, pay a $100 special assessment and a $6,000 fine.

Type of Supervision: Supervised Release        Start of Probation: March 13, 2020

Assistant U.S. Attorney: Matthew B. Devlin        Defense Attorney: Jon Evans

### PREVIOUS COURT ACTION

None.

### NONCOMPLIANCE SUMMARY

**Violation Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant."

**Violation Standard Condition No. 3:** "The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer."

**Nature of Noncompliance:** On April 13, 2021, the offender submitted a urine specimen which returned positive for opiates.

Jacob Christian Weintraut
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:** On April 20, 2021, this officer contacted the offender regarding his positive opiate test results. The offender denied any drug use or having been prescribed any medication. Confirmation was subsequently requested. On April 22, 2021, the offender contacted this officer and apologized for not having been truthful during our last conversation. Weintraut admitted to having taken his mother's pain medication. He reported he was in pain following dental work and in a lapse of judgement took her Hydrocodone. The offender was remorseful and advised he has removed the medication from his home to avoid this from happening again. The offender requested an opportunity to address this incident in treatment, along with addressing grief he is experiencing from the passing of his mother.

To address the lapse, the offender's treatment and urine surveillance will be enhanced. This officer respectfully requests no action be taken.

Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should the offender incur any further violations, the Court will be immediately notified.

Respectfully submitted,

Patricia A. Whitson
U.S. Probation Officer
Date: April 29, 2021

Approved: *Martha N. Davis*
Martha N. Davis
Supervising U.S. Probation Officer
Date: April 29, 2021

**THE COURT ORDERS:**

[X] No Action

[ ] Submit a Request for Modifying the Condition or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Honorable Susan Hightower
U.S. Magistrate Judge
April 29, 2021
Date