PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Jacob Christian Weintraut</u>      Case Number: <u>1:16-CR-012(01)-SS</u>

Name of Sentencing Judicial Officer: <u>Honorable Sam Sparks, Senior U.S. District Judge</u>

Date of Original Sentence: <u>May 27, 2016</u>

Original Offense: <u>Possession of a Firearm by Person Subject to Domestic Violence Protective Order, in violation of 18 U.S.C. § 922(g)(8)</u>

Original Sentence: <u>60 months' imprisonment, followed by a 3-year term of supervised release. Special conditions include: mental health treatment; refrain from the use of alcohol and all other intoxicants, take all medicaions as prescribed; substance abuse treatment (satisfied); $6,000 fine (satisfied); and a $100.00 special assessment (satisfied)</u>

Type of Supervision: <u>Supervised Release</u>      Date Supervision Commenced: <u>March 13, 2020</u>

Assistant U.S. Attorney: <u>Matthew B. Devlin</u>      Defense Attorney: <u>Jon Evans - Retained</u>

---

### PREVIOUS COURT ACTION

On April 29, 2021, a Probation Form 12A was submitted to the Court to address Weintraut's April 13, 2021, drug test which returned positive for opiates. No action was requested to allow the defendant to continue substance abuse treatment and testing. The Court concurred.

### NONCOMPLIANCE SUMMARY

**Violation Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant."

**Violation Standard Condition No. 7:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."

**Nature of Non-compliance:** On December 8, 2021, the defendant submitted a urine specimen which tested positive for MDMA (Methylenedioxymethamphetamine). In a telephonic conversation with the defendant January 4, 2022, the defendant denied ingesting MDMA. However, he verbally admitted to taking a muscle relaxer, without a prescription, on or about January 2, 2022.

The undersigned officer has requested the lab confirm the December 8, 2021, urine specimen which tested positive for MDMA. As of this writing, those results have not yet been received

**U.S. Probation Officer Action:** The probation office respectfully requests no adverse action be taken at this time. The defendant admitted to taking medication that was not prescribed to himself and was apologetic for his actions. The defendant will continue to participate in random drug screenings to monitor his compliance. Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should Weintraut incur any further violations, the Court will be immediately notified.

Approved by,

Hector J. Garcia
Supervising U.S. Probation Officer

Respectfully submitted,

Linda Cano
U.S. Probation Officer
Date: January 25, 2022

**THE COURT ORDERS:**

[X]  No Action

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other _____

_____
Honorable Susan Hightower
United States Magistrate Judge

Date:  January 25, 2022